

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2020

No. 04-20-00116-CR

Anton Jamail **HARRIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3427
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Appellant has filed a third motion for extension of time to file his brief. Appellant's motion presents extenuating circumstances. Therefore, the motion is GRANTED. Appellant's brief is due on or before **November 20, 2020**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court